CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

*Second Superseding*

CITY: Natchez

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__ DOCKET # 5:13cr13DCB-FKB
SAME DEFENDANT _____ NEW DEFENDANT __X__

COUNTY: Adams County

MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: _X_ YES ___ NO

NAME/ALIAS: Juan Geraldo Arredondo aka Bobby

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 14 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Patrick A. Lemon   BAR # 9740

INTERPRETER: ___ NO _X_ YES LIST LANGUAGE AND/OR DIALECT: Spanish

**LOCATION STATUS:**  ARREST DATE _____

_X_ ALREADY IN FEDERAL CUSTODY AS OF  Currently in custody @ Madison County D.C.
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1      ___ PETTY    ___ MISDEMEANOR    1   FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:1792.F | 18 U.S.C. § 1792 | Mutiny and Riot Prohibited in federal, penal, detention, or correctional facility | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 5/13/14      SIGNATURE OF AUSA: *John K. Duly Jr for Pat Lemon*

(Revised 2/26/10)