

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

**THIRD SUPERSEDING INDICTMENT**
CRIMINAL NO. 5:13cr13DCB-FKB

HECTOR MIGUEL DIAZ-OSUNA a/k/a Pariente,           18 U.S.C. § 1792
RICARDO GONZALEZ-PORRAS a/k/a Carrilleras,         18 U.S.C. § 1117
JESUS BELTRAN-RODRIGUEZ,                            18 U.S.C. § 1114
JUAN GERALDO ARREDONDO a/k/a Bobby, and             18 U.S.C. § 111
ERNESTO GRANADOS a/k/a Neto

**The Grand Jury charges:**

At all times relevant to this second superseding indictment:

On May 20, 2012, a riot occurred at the Adams County Correctional Center. The Correctional Center is a federal penal facility operated by a private corporation under the direction and regulation of the United States Bureau of Prisons and exclusively houses federal prisoners who are serving federal prison sentences imposed upon them by the federal courts. The majority of the inmate population consists of Mexican national gang members known as Paisas. The Paisas elect their own leadership and wield the most power and influence among the prison population. The cause of the riot was what the Paisas and other inmates perceived to be inadequate food, medical conditions and disrespectful staff members. The Paisas felt their own elected-leadership was ineffective at communicating their grievances to prison officials.

On or about May 19, 2012, the leaders of the Paisas were ousted and replaced by defendants **ERNESTO GRANADOS, a/k/a Neto and JUAN GERALDO ARRENDONDO a/k/a Bobby.** Defendants **ERNESTO GRANADOS, a/k/a Neto and JUAN GERALDO ARREDONDO a/k/a**

1

**Bobby,** and a large group of Paisas planned to take a list of grievances to the Prison's Warden on May 20, 2012. The Paisas also planned to move, by force if necessary, the ousted representatives to the Special Housing Unit to be segregated from the general prison population. Defendants **ERNESTO GRANADOS, a/k/a Neto and JUAN GERALDO ARREDONDO a/k/a Bobby** instructed the Paisas to disobey orders from the staff and to remain outside their housing units until the Warden met the demands of the inmates. The Paisas were further instructed by their new leaders to destroy the prison if staff made any attempt to break up the riot. In addition to destroying the prison, Paisas planned to assault the correction officers. The Paisas compiled a list of several corrections officers they no longer wanted working at the Prison.

On May 20, 2012, at approximately 1:30 p.m., several Paisas attempted to escort ousted representatives to the Special Housing Unit. The corrections officers noticed something was wrong and attempted to close the internal gates along Main Street, which is the pathway that runs through the center of the facility. After some of the internal gates were closed, Defendants **ERNESTO GRANADOS, a/k/a Neto and JUAN GERALDO ARREDONDO a/k/a Bobby**, and approximately two hundred Paisas went to Gate 117 along Main Street and demanded to speak to the Warden. Inmates gave prison officials a list of several corrections officers they no longer wanted working at the prison. Prison officials ordered all inmates gathered at and near Gate 117, and elsewhere, to disperse, but they refused to comply.

In order to protect themselves from being assaulted, several corrections officers locked themselves inside "safe zones" located along Main Street. During the riot, several corrections officers were posted on the roof of the Echo housing unit and the roof of the H & J building. Both buildings overlook Gate 117. On May 20, 2012, between 3:00 p.m. and 3:30 p.m., approximately, inmates began kicking and tearing at Gate 117. The inmates also tried to gain entry into a "safe zone" near Echo unit where three

2

correctional officers had retreated for their own safety. In an attempt to stop the riot and to have the Paisas and other inmates disperse, corrections officers on the rooftops were ordered to deploy tear gas at Gate 117 where approximately 200 inmates had gathered. Some inmates threw the gas canisters back at the guards, while others started throwing rocks and other items at the corrections officers. Several inmates tore through a fence enabling them to move undetected behind the Echo building and steal a ladder. The inmates brought the ladder back to Main Street and utilized it to climb atop the rooftop of Echo. Two corrections officers were assaulted on the rooftop of Echo and taken against their will to a recreation yard along Main Street where they were held hostage for several hours.

After the assaults on the roof of Echo building, the inmates began bringing items out of the dining hall and kitchen, which are located in the H & J building. Inmates stacked food service carts on top of each other in front of the H & J building and began climbing towards the roof. **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ** were among the inmates who climbed onto the roof of the H & J building. Once the inmates were on the roof of the H & J building, they chased corrections officers Catlin Carithers and Deborah Temple. The inmates on the roof assaulted correction officer Deborah Temple and killed corrections officer Catlin Carithers.

On May 20, 2012 at approximately 8:00 p.m. officers with the Mississippi Department of Public Safety and other law enforcement officers made entry into the prison and ended the riot. In addition to the assaults on numerous corrections officers and the murder of correction officer Catlin Carithers, the monetary damage to the prison facility is over $1,000,000.00.

3

COUNT 1

That on or about May 20, 2012, in Adams County, in the Western Division of the Southern District of Mississippi, the defendants, **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, JUAN GERALDO ARREDONDO a/k/a Bobby, AND ERNESTO GRANADOS, a/k/a Neto**, aided and abetted by each other, and by others known and unknown to the Grand Jury, wilfully instigated, connived, attempted to cause, assisted and conspired to cause a mutiny and riot at the Adams County Correctional Center, a federal penal, detention, and correctional facility, in violation of Sections 1792 and 2, Title 18, United States Code.

COUNT 2

That on or about May 20, 2012, in Adams County in the Western Division of the Southern District of Mississippi, the defendants **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN RODRIGUEZ** aided and abetted by each other and by others known and unknown by the Grand Jury, did knowingly, willfully, and unlawfully conspire and agree together and with other persons known and unknown to the grand jury to kill and attempt to kill, with malice aforethought, Catlin Carithers, a corrections officer at the Adams County Correctional Center and officer and employee of the United States assisting employees of the United States Bureau of Prisons, while Catlin Carithers was engaged in and on account of the performance of official duties and on account of such assistance, in violation of Sections 1111 and 1114, Title 18, United States Code.

Among the means by which the defendants **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ** and co-conspirators carried out the object of the conspiracy were:

4

During the riot, the defendants, **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ** were among the inmates who utilized food service carts and climbed atop the roof of the H & J building. **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ** acquired weapons of various types which were used to assault corrections officer Catlin Carithers. Once on the roof of the H & J building, **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ**, chased corrections officer Catlin Carithers across the roof of the H & J building. After catching and overtaking corrections officer Catlin Carithers, **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ**, struck officer Catlin Carithers with weapons, hands and fists, causing his death.

In furtherance of such agreement and conspiracy and to effect the object thereof, the defendants, **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ**, and unindicted co-conspirators, both known and unknown to the Grand Jury, committed the following overt acts, among others:

1. On May 20, 2012, **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente** climbed atop the roof of the H & J building.

2. On May 20, 2012, **RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras** climbed atop the roof of the H & J building.

3. On May 20, 2012, **JESUS BELTRAN-RODRIGUEZ** climbed atop the roof of the H & J building.

4. On May 20, 2012, **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente** chased after corrections officer Catlin Carithers.

5. On May 20, 2012, **RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras** chased after corrections officer Catlin Carithers.

6. On May 20, 2012, **JESUS BELTRAN-RODRIGUEZ** chased after corrections officer Catlin Carithers.

7. On May 20, 2012 **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente** struck Catlin Carithers with an object.

8. On May 20, 2012, **RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras** struck Catlin Carithers with an object.

9. On May 20, 2012, **JESUS BELTRAN-RODRIGUEZ** struck Catlin Carithers with an object.

10. On May 20, 2012, **JESUS BELTRAN-RODRIGUEZ** struck Catlin Carithers with his hands and fists.

All in violation of Section 1117 and 2, Title 18, United States Code.

## COUNT 3

That on or about May 20, 2012, in Adams County in the Western Division of the Southern District of Mississippi, the defendants **HECTOR MIGUEL DIAZ-OSUNA, a/k/a Pariente, RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ** aided and abetted by each other and by others known and unknown by the Grand Jury, did with malice aforethought, unlawfully kill, and attempt to kill, Catlin Carithers, a corrections officer at the Adams County Correctional Center and officer and employee of the United States assisting employees of the United

States Bureau of Prisons, while Catlin Carithers was engaged in and on account of the performance of official duties and on account of such assistance, in violation of Sections 1114, 1111, and 2, Title 18, United States Code.

## COUNT 4

That on or about May 20, 2012, in Adams County in the Western Division of the Southern District of Mississippi, the defendant, **RICARDO GONZALEZ-PORRAS, a/k/a Carrilleras, and JESUS BELTRAN-RODRIGUEZ** aided and abetted by each other and by others known and unknown by the Grand Jury knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deborah Temple, a corrections officer at the Adams County Correctional Center and officer and employee of the United States assisting employees of the United States Bureau of Prisons, while Deborah Temple was engaged in and on account of the performance of official duties and on account of such assistance by striking Deborah Temple and causing bodily injury to Deborah Temple in violation of Sections 111, 1114, and 2, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 8th day of July, 2014.

UNITED STATES MAGISTRATE JUDGE

7