CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:                                    THIRD SUPERSEDING INDICTMENT

                                                     RELATED CASE INFORMATION:
CITY:   NATCHEZ                                      SUPERSEDING INDICTMENT  X  DOCKET # 5:13CR13DCB-FKB
                                                     SAME DEFENDANT    X    NEW DEFENDANT _____
COUNTY:  ADAMS COUNTY                                MAGISTRATE JUDGE CASE NUMBER   3:13MJ631FKB
                                                     R 20/ R 40 FROM DISTRICT OF _____

DEFENDANT INFORMATION:

JUVENILE: ___ YES  X  NO

                                                     SOUTHERN DISTRICT OF MISSISSIPPI
MATTER TO BE SEALED: ___ YES  X  NO                             FILED
                                                              JUL 08 2014
NAME/ALIAS:  RICARDO GONZALEZ-PORRAS A/K/A CARRILLERAS          ARTHUR JOHNSTON
                                                     BY_____ DEPUTY

U.S. ATTORNEY INFORMATION:

AUSA   PATRICK A. LEMON            BAR #   9740

INTERPRETER: ___ NO  X  YES   LIST LANGUAGE AND/OR DIALECT:   SPANISH

LOCATION STATUS:        ARREST DATE   11/26/2013

 X    ALREADY IN FEDERAL CUSTODY AS OF   11/26/2013
 ___  ALREADY IN STATE CUSTODY
 ___  ON PRETRIAL RELEASE

U.S.C. CITATIONS

TOTAL # OF COUNTS:  4     ___ PETTY  ___ MISDEMEANOR   4  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 18:1792.F | 18 U.S.C. § 1792 | Mutiny and Riot Prohibited in federal, penal Detention or correctional facility | 1 |
| Set 2 18:1117.F | 18 U.S.C. § 1117 | Conspiracy to Murder | 2 |
| Set 3 18:1114.F | 18 U.S.C. § 1114 | Protection of Officers and Employees of U.S. | 3 |
| Set 4 18:1111.F | 18 U.S.C. § 111 | Assault/Resisting/Impeding Officers/Employees | 4 |

Date:  6-20-14      SIGNATURE OF AUSA: _____

Revised: 2/26/2010