CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:                         **THIRD SUPERSEDING INDICTMENT**

**RELATED CASE INFORMATION:**
CITY: __NATCHEZ__                         **SUPERSEDING INDICTMENT** X **DOCKET #** 5:13CR13DCB-FKB
                                          SAME DEFENDANT __X__ NEW DEFENDANT _____
COUNTY: __ADAMS COUNTY__                  MAGISTRATE JUDGE CASE NUMBER _____
                                          R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES  _X_ NO

MATTER TO BE SEALED: ___YES  _X_ NO

NAME/ALIAS: __JUAN GERALDO ARREDONDO a/k/a BOBBY__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 08 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA __PATRICK A. LEMON__     BAR # __9740__

INTERPRETER: ___NO  _X_ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**         ARREST DATE _____

_X_ ALREADY IN FEDERAL CUSTODY AS OF __5/22/2014__
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__    ___PETTY  ___MISDEMEANOR    __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 18:1792.F | 18 U.S.C. § 1792 | Mutiny and Riot Prohibited in federal, penal | 1 |

Date: __6-20-14__    **SIGNATURE OF AUSA:** _/s/ Patrick Lemon_

Revised: 2/26/2010