CRIMINAL CASE COVER SHEET
U.S. District Court

PLACE OF OFFENSE:                **THIRD SUPERSEDING INDICTMENT**

CITY: __NATCHEZ__

**RELATED CASE INFORMATION:**
**SUPERSEDING INDICTMENT** _X_ **DOCKET #** __5:13CR13DCB-FKB__
SAME DEFENDANT __X__ NEW DEFENDANT _____

COUNTY: __ADAMS COUNTY__
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: __ERNESTO GRANADOS A/K/A NETO__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 08 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA __PATRICK A. LEMON__     BAR # __9740__

INTERPRETER: ___ NO _X_ YES    LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**     ARREST DATE _____

_X_ ALREADY IN FEDERAL CUSTODY   CURRENTLY IN THE CUSTODY OF THE MADISON COUNTY D.C.
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _1_     ___PETTY ___MISDEMEANOR    _1_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 18:1792.F | 18 U.S.C. § 1792 | Mutiny and Riot Prohibited in federal, penal | 1 |

Date: __6-20-14__    SIGNATURE OF AUSA: _[signature]_

Revised: 2/26/2010